

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Amanda Garcia,

\* From the County Court at Law No. 2 of Ector County, Trial Court No. CCL2-23042.

Vs. No. 11-14-00214-CV

\* September 19, 2024

Andrea Arcides,

\* Memorandum Opinion by Bailey, C.J. (Panel consists of: Bailey, C.J., Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of jurisdiction. Therefore, in accordance with this court's opinion, the appeal is dismissed. The costs incurred by reason of this appeal are taxed against Amanda Garcia.